No. 597. MILLS *v.* ALABAMA. Appeal from Sup. Ct. Ala. (Question of jurisdiction postponed, 382 U. S. 936.) Motion of the Alabama Press Association et al. for leave to participate in oral argument, as *amici curiae,* denied. *James C. Barton* on the motion.

No. 1075, Misc. WOOD *v.* BOLES, WARDEN;
No. 1079, Misc. HOCHBERG *v.* CALIFORNIA;
No. 1097, Misc. IN RE DAUP;
No. 1105, Misc. WHITE *v.* DIRECTOR, VETERANS ADMINISTRATION HOSPITAL;
No. 1108, Misc. LYNCH *v.* UNITED STATES;
No. 1130, Misc. LONG *v.* BOLES, WARDEN;
No. 1170, Misc. CERVANTES *v.* UNITED STATES; and
No. 1174, Misc. GREATHOUSE *v.* BOLES, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1064, Misc. MINCHELLA *v.* LEVIN, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL.; and
No. 1106, Misc. SCHACK *v.* ROBERTS, CLERK OF THE HOUSE OF REPRESENTATIVES. Motions for leave to file petitions for writs of mandamus denied.

No. 1052, Misc. SCHACK *v.* SIMPSON, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition and for other relief denied.

No. 1109, Misc. MORTON *v.* KANSAS ET AL. Motion for leave to file petition for writ of prohibition denied.